

# IN THE
# TENTH COURT OF APPEALS

### No. 10-20-00286-CV

GALLIANO MACALLE,

                                                                                    Appellant

 v.

NEIL ADEN STEWART
AND MACKENZIE LEIGH JOHNSON,

                                                                                    Appellees

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court No. 19-000981-CV-272**

## MEMORANDUM  OPINION

In a letter dated March 11, 2021, this Court notified Appellant that the appeal was subject to dismissal because Appellant had not responded to this Court's inquiry on whether he intended to pursue the appeal.  In addition, the March 11, 2021 letter notified Appellant that the appeal was subject to dismissal for want of prosecution if a brief or response showing grounds for continuing the appeal was not filed within 21 days from

the date of the letter.  More than 21 days have passed, and no response has been filed.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.3(b).


                                        JOHN E. NEILL
                                        Justice

Before Chief Justice Gray,
        Justice Neill, and
        Justice Johnson
Appeal dismissed
Opinion delivered and filed April 14, 2021
[CV06]

